UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JO ANN LAHAYE** | **DOCKET NO. 09-566** |
| **VERSUS** | **JUDGE MELANÇON** |
| **MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of objection, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

Lafayette, Louisiana, this 15th day of September, 2010.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE